# IN THE SUPREME COURT OF THE STATE OF NEVADA

LAS VEGAS DEVELOPMENT GROUP, LLC, A NEVADA LIMITED LIABILITY COMPANY,

    Appellant/Cross-Respondent,

vs.

BANK OF AMERICA, N.A., A NATIONAL BANKING ASSOCIATION, AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP; RECONTRUST COMPANY NA, A TEXAS CORPORATION; EZ PROPERTIES, LLC, A NEVADA LIMITED LIABILITY COMPANY; AND K&L BAXTER FAMILY LIMITED PARTNERSHIP, A NEVADA LIMITED PARTNERSHIP,

    Respondents.

    and

JAMES R. BLAHA, AN INDIVIDUAL; AND NOBLE HOME LOANS, INC., F/K/A FCH FUNDING, INC., AN UNKNOWN CORPORATE ENTITY,

Respondents/Cross-Appellants.

No. 79055

FILED

SEP 17 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL AND CROSS-APPEAL*

Pursuant to the stipulation of the parties, this appeal and cross-appeal are dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

20-34308

cc: Hon. Jerry A. Wiese, District Judge
Roger P. Croteau & Associates, Ltd.
Akerman LLP/Las Vegas
Law Offices of Kevin R. Hansen
Maurice Wood
Eighth District Court Clerk